IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-513
3:04-CR-250-19


| | | |
|---|---|---|
| RAYMON ROGER SURRATT, JR. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon the defendant's Motion to Vacate his sentence.

      **IT IS, THEREFORE, ORDERED** that the United States Marshal have Petitioner

Ramon Roger Surratt, Jr. (Reg. No. 19751-058) present in Charlotte, North Carolina forthwith,

but not later than March 18, 2014, at 11 a.m. for a hearing.

      The Clerk is directed to certify copies of this Order the defendant, defendant's counsel,

the United States Attorney, the United States Marshals Service, the United States Probation

Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

      Signed: February 21, 2014

Robert J. Conrad, Jr.
United States District Judge